UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GBM ENTERPRISES L.L.C.,  	Case No. 09-CV-12250

    Plaintiff,  	Hon. John Corbett O'Meara

v.

STATE FARM FIRE AND CASUALTY CO.,

    Defendant.

_____/

## ORDER SATISFYING ORDER TO SHOW CAUSE

The court issued an order to show cause on July 23, 2009, requesting that Defendant demonstrate diversity jurisdiction in order to avoid remand to state court. Defendant filed a response on July 29, 2009, stating that the Plaintiff limited liability company is a citizen of Michigan. Defendant is a citizen of Illinois and the amount in controversy exceeds $75,000. Based upon these facts, the court concludes that subject matter jurisdiction is properly alleged and that the court's order to show cause has been satisfied.

    **SO ORDERED.**

                                s/John Corbett O'Meara
                                United States District Judge

Date:  August 13, 2009

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 13, 2009, by electronic and/or ordinary mail.

                                s/William Barkholz
                                Case Manager